NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**WOODWAY USA, INC.,**
*Appellant*

**v.**

**LIFECORE FITNESS, LLC, DBA ASSAULT FITNESS,**
*Appellee*

---

2025-1323

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00843.

---

**SUA SPONTE**

---

PER CURIAM.

## O R D E R

Upon review of the paper copies of the corrected confidential joint appendix, the court notes that the paper copies omit portions of the appendix, skipping directly from J.A. 36 to J.A. 139.

Accordingly,

IT IS ORDERED THAT:

On or before May 14, 2026, the parties shall provide the court with corrected paper copies of Volume 1 of the corrected confidential joint appendix.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 7, 2026
Date